UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BETTY HOFFMANN,<br><br>Defendant. | PO-16-5190-GF-JTJ<br>Ticket Number: 6429702<br>Location Code: M12<br>Disposition Code: PP<br><br>JUDGMENT IN A CRIMINAL CASE |

      The Defendant, Betty Hoffmann, was present in court and entered a plea of guilty to the charge of: THEFT.

      The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

      1.  Defendant must pay a fine in the amount of $75.00 plus $30.00 Special Assessment for THEFT.  The fine has been paid in full, receipt number MTX400010711.

      Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, by serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a

copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $37 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: October 20, 2016.

October 25, 2016
Date Signed

JOHN JOHNSTON
United States Magistrate Judge